Michael James Carpenter
  Vs

Cherry Alternative Program
89 College Avenue S.E.
Grand Rapids MJ 49567
  Vs

United States Marshells
  Vs

Federal Bureu of Prisons
  Vs

Grand Rapids Police Department

<u>1983 USC</u>

I Michael James Carpenter hereby files a USC 1983
for Violations of Civil liberties to include Violations
of 4TH, 6TH, 7TH Amendments To The US Constitution
MR Carpenter request Immediate action as to Why
Cap (cherry Alternative program) US Marshells, FBoP 3
The GRPD Violated The Civil Due Process of
Me Michael Carpenter a United States Citizen by
remaining from Halfway hause with no due
Process as to The Disposition of a Incident
Report That When looked into showed That Plantiff

**FILED - GR**
April 3, 2026 12:22 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: MKC  SCANNED BY ____ /4/3/26

**1:26-cv-1106**
Paul L Maloney - U.S. District Judge
Sally J. Berens- U.S. Magistrate Judge

Was Defrauded of Money and Tangible Assetts
and Plaintiff Recived fake Emails from his
bank and The FBI. When Bank checked out the
fake Email They Proved That The Senders
Name of The Email DID NOT work for S/B
Bank and The FBI Email no Agent works
for The FBI and The Phone numbers did not
etist for FBI. And I was told That my
5 gift Cards with $500 Mastercard Prepaid are
Saying invalid so someone switched out my
gift Cards.
I hereby request Immediate Release from
Newaygo County jail as I commited no
infraction and I was my one Being defruded

3-30-26

Michael Carpenter
Newaygo County Sheriffs Dept
300 Williams
White Cloud MI 49349

GRAND RAPIDS MI  493

31 MAR 2026  PM 2  L

FOREVER / USA

"This mail has originated from the Newaygo County Jail"

United States District Court Western District
C/o United States District Court Clerk
Michigan Avenue
Grand Rapids MI 49503

4950739999