UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


MICHAEL JAMES CARPENTER,

     Plaintiff,

                                 Case No. 1:26-cv-1106

v.

                                 HONORABLE PAUL L. MALONEY

CHERRY ALTERNATIVE PROGRAM, et
al.,

     Defendants.

_____/


## **JUDGMENT**

     In accordance with the Order entered on this date:

     **IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for

lack of prosecution and failure to comply with the Court's order.


Dated:  May 12, 2026                       /s/ Paul L. Maloney
                                          Paul L. Maloney
                                        United States District Judge